## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | CHAPTER 13 |
| **PAUL VOTTA** | : | |
| Debtor | : | CASE NO. 5-19-02525 |

## ORDER

It is hereby **ORDERED** and **DECREED** that the Debtor has been granted an additional extension of time to file his Schedules, Statement of Affairs, Means Test and Chapter 13 Plan. The Schedules, Statement of Affairs, Means Test and Chapter 13 Plan shall be filed on or before twenty (20) days from the date hereof